UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK SELIG, a married man,<br><br>               Plaintiff,<br><br>  -vs-<br><br>RPM INTERNATIONAL, INC., a foreign corporation; and TREMCO, INC., a foreign corporation and subsidiary of RPM INTERNATIONAL, INC., WEATHERPROOFING TECHNOLOGIES, INC., a foreign corporation and subsidiary of TREMCO, Inc.,<br><br>               Defendants. | NO. CV-06-0047-LRS<br><br>ORDER DISMISSING COMPLAINT WITH PREJUDICE |

Pursuant to CR 41(a)(1)(B), and a motion filed October 24, 2006 (Ct. Rec. 9), Plaintiff Selig seeks to voluntarily dismiss his claims against Defendants RPM International, Tremco Incorporated, and Weatherproofing Technologies with prejudice.

**Accordingly, IT IS HEREBY ORDERED** that the motion **(Ct. Rec. 9)** is **GRANTED.** The above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

///

///

SCHEDULING ORDER - 1

1  The District Court Executive is directed to file this Order, provide
2  copies to counsel, and **CLOSE THE FILE.**
3  **DATED** this 26th day of October, 2006.

5                                       *s/Lonny R. Suko*
6                                  _____
                                        LONNY R. SUKO
7                                  UNITED STATES DISTRICT JUDGE

SCHEDULING ORDER - 2